ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for *Plaintiffs*
WALTER W. WELLS and SCOTT McFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER W. WELLS and SCOTT MCFARLANE<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; and CORY BROWN.<br><br>Defendants. | Case No. 1:20-cv-00770-TLN-BAM<br>(The Hon. Troy L. Nunley)<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT DALE LINGERFELT** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Walter W. Wells and Scott McFarlane ("Plaintiffs") and Defendant Dale Lingerfelt ("Defendant Lingerfelt"), through their respective counsel hereby agree and stipulate to the following:

1. Defendant Lingerfelt shall be dismissed from this lawsuit without prejudice;
2. Defendant Lingerfelt agrees that his attorney, John Whitefleet, is authorized to accept service of a deposition or trial subpoena on his behalf;
3. Plaintiffs and Defendant Lingerfelt mutually agree to forever waive, discharge, and release any and all claims that each may have against the other or the other's legal counsel arising out of the allegation set forth in this lawsuit; and
4. Each party to this Stipulation agrees to bear responsibility for his own attorney's fees and costs incurred in this lawsuit.

| | | |
|---|---|---|
| Dated: | October 21, 2021 | MORRISON & FOERSTER LLP |

By: _____
Arturo J. González
Jessica A. Grant
Matthew A. Chivvis
Robert S. Sandoval
Meredith L. Angueira
Attorneys for Plaintiffs
WALTER W. WELLS and SCOTT McFARLANE

| | | |
|---|---|---|
| Dated: | October 21, 2021 | PORTER SCOTT, APC |

By:   /s/ John Whitefleet
John Whitefleet
Attorney for Defendants
COUNTY OF STANISLAUS; CITY OF MODESTO; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; and CORY BROWN

**ATTESTATION OF CONCURRENCE IN THE FILING**

The filer, Arturo J. González, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

# ORDER

Pursuant to the stipulation of the parties:

1. Defendant Lingerfelt is dismissed without prejudice;

2. Defendant Lingerfelt agrees that his attorney, John Whitefleet, is authorized to accept service of a deposition or trial subpoena on his behalf;

3. Plaintiffs and Defendant Lingerfelt mutually agree to forever waive, discharge, and release any and all claims that each may be against the other or the other's legal counsel arising out of the allegations set forth in this lawsuit; and

4. Each party to this Stipulation agrees to bear responsibility for his own attorney's fees and costs incurred in this lawsuit.

IT IS SO ORDERED.

Dated: October 21, 2021

_____
Troy L. Nunley
United States District Judge