ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for *Plaintiffs*
WALTER W. WELLS and SCOTT McFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER W. WELLS and SCOTT MCFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; STEVE JACOBSON; BIRGIT FLADAGER; and CORY BROWN,<br><br>Defendants. | Case No. 1:20-cv-00770-AWI-JDP<br>(The Hon. Troy L. Nunley)<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE AMENDED COMPLAINT FILING DATE** |

Plaintiffs WALTER WELLS and SCOTT MCFARLANE ("Plaintiffs"); and defendants COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; BIRGIT FLADAGER; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; and JON EVERS ("Defendants") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS on September 29, 2021, the Honorable Judge Nunley dismissed plaintiffs' complaints with leave to file an amended complaint within 30 days;

2. WHEREAS Plaintiffs' amended complaint is presently due for filing on October 28, 2021;

3. WHEREAS the Honorable Judge Nunley issued the order to dismiss with leave to amend while counsel for Plaintiffs CARSON, the DEFILIPPOES and QUINTANAR were engaged in a month-long trial;

4. WHEREAS Jayme L. Walker, the lead attorney for Plaintiffs CARSON; the DEFILIPPOES; and QUINTANAR, is currently on maternity leave;

5. WHEREAS Plaintiffs' law firm has a conflicting filing deadline pertaining to a writ of mandamus in another action;

6. All parties agree that the deadline for filing the Amended Complaint be continued to November 18, 2021;

7. Defendants' responsive pleading shall be filed no later than 30 days after service of the plaintiffs' Amended Complaint.

IT IS SO STIPULATED.

DATE: October 26, 2021        MORRISON & FOERSTER LLP

/s/ *Arturo Gonzalez*
Arturo Gonzalez
Attorney for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL,
WALTER WELLS AND SCOTT MCFARLANE

| | |
|---|---|
| DATE: October 26, 2021 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>/s/ *John R. Whitefleet* *<br>John R. Whitefleet<br>Attorneys for Defendants<br>COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, KIRK BUNCH, STEVE JACOBSON, CORY BROWN |
| DATE:  October 26, 2021 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP<br><br>/s/ *Patrick Moriarty* *<br>John B. Robinson<br>Patrick Moriarty<br>Attorneys for Defendants<br>CITY OF MODESTO AND JON EVERS |
| DATE: October 26, 2021 | ARATA SWINGLE VAN EGMOND & HEITLINGER<br><br>/s/ *Bradley J. Swingle* *<br>Bradley J. Swingle<br>Attorneys for Defendants<br>CITY OF CERES |

\* *Parties have consented to use of their electronic signature.*

STIP. AND ORDER TO CONTINUE AMENDED COMPLAINT FILING DATE
CASE NO. 1:20-CV-00770-TLN-JDP
sf-4601482

2

**ORDER**

Pursuant to the stipulation of the parties:

1. The deadline for Plaintiffs to file an Amended Complaint is continued to November 18, 2021.

2. The Defendants' responsive pleading shall be filed no later than 30 days after service of the plaintiffs' Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 26, 2021

Troy L. Nunley
United States District Judge