DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF MODESTO AND JON EVERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CARSON,<br><br>          Plaintiff,<br><br>   v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DEREK PERRY, and DOES 1-25, inclusive,<br><br>          Defendants. | Case No. 1:20-cv-00747-TLN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT**<br><br>Hon. Troy L. Nunley<br><br>Trial:   None Set |
| GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO,<br><br>          Plaintiffs,<br>   v.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>          Defendants | Case No. 1:18-cv-00496-TLN-BAM |

1

STIPULATION & ORDER
1:20-CV-00747-TLN

| | |
|---|---|
| EDUARDO QUINTANAR, JR., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, ET AL. <br><br> Defendants. | Case No. 1:18-cv-01403-TLN-BAM |
| BALJIT ATHWAL and DALJIT ATWAL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANILSAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; <br><br> Defendants. | Case No. 1:15-cv-00311-TLN-BAM |
| WALTER W. WELLS and SCOTT MCFARLANE <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, ET AL. <br><br> Defendants. | Case No. 1:20-cv-00770-TLN-BAM |

Defendants COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY;

BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; GALEN CARROL; FROLIAN MARISCAL; LLOYD MCKINNON; GREG JONES; KENNETH BARRINGER; GALEN CARROLL; FRANK NAVARRO; and TIMOTHY REDD ("Defendants") and Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; BALJIT ATHWAL; DALJIT ATHWAL; WALTER WELLS; SCOTT MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS on September 29, 2021, the Honorable Judge Nunley dismissed plaintiffs' complaints with leave to file an amended complaint within 30 days;

2. WHEREAS All parties agreed and the court ordered that the deadline for filing the amended complaints would be continued to November 18, 2021;

3. WHEREAS plaintiffs filed their amended complaints prior to the November 18, 2021

3. WHEREAS Defendants' responsive pleading was scheduled to be filed no later than 30 days after service of the plaintiffs' Amended Complaints, which was December 17, 2021.

4. All Defendants plan to file FRCP 12(b)(6) motions to dismiss.

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Defendants' FRCP 12(b)(6) motions to dismiss | January 10, 2022 |
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | March 11, 2022 |
| Defendants' Replies (if any) | April 11, 2022 |
| Proposed hearing date | April 21, 2022 at 2 p.m. |

///
///
///
///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  December 3, 2021 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |

By:  */s/Patrick D. Moriarty*
    DALE L. ALLEN, JR.
    PATRICK D. MORIARTY
    JOHN B. ROBINSON
    Attorneys for Defendants
    CITY OF MODESTO AND JON EVERS

Dated:  Click here to enter a date.    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By:  **/s/Angelina M. Austin*
    J. Gary Gwilliam
    Randall E. Strauss
    Jayme L. Walker
    Angelina M. Austin
    Attorneys for Plaintiffs
    ESTATE OF FRANK CARSON, GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

Dated:  December 3, 2021    MORRISON & FOERSTER LLP

By:  **/s/Arturo Gonzalez*
    Arturo Gonzalez
    Attorney for Plaintiffs
    BALJIT ATHWAL, DALJIT ATWAL, WALTER WELLS AND SCOTT MCFARLANE

Dated:  December 3, 2021    PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  **/s/John Whitefleet*
    John R. Whitefleet
    Attorneys for Defendants
    COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT

FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER

Dated:  December 3, 2021        ARATA SWINGLE VAN EGMOND & HEITLINGER

By: _*/s/Bradley J. Swingle_____
Bradley J. Swingle
Attorneys for Defendants
CITY OF TURLOCK, CITY OF CERES, FRANK NAVARRO, AND TIMOTHY REDD

*  *Parties have consented to use of their electronic signature.*

## ORDER

Pursuant to the stipulation of the parties:

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Defendants' FRCP 12(b)(6) motions to dismiss | January 10, 2022 |
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | March 11, 2022 |
| Defendants' Replies (if any) | April 11, 2022 |
| Hearing Date | **April 21, 2022 at 2 p.m.** |

IT IS SO ORDERED.

Dated: December 8, 2021

_____
Troy L. Nunley
United States District Judge