ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
WALTER W. WELLS, SCOTT McFARLANE, BALJIT ATHWAL, and DALJIT ATWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER W. WELLS and SCOTT MCFARLANE<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:20-cv-00770-TLN-BAM<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hon. Troy L. Nunley<br><br>Trial: None Set<br><br>Related to:<br>CASE NO. 1:15-CV-00311-TLN-BAM<br>CASE NO. 1:20-CV-00747-TLN-BAM<br>CASE NO. 1:18-cv-00496-TLN-BAM<br>CASE NO. 1:18-cv-01403-TLN-BAM |

| | | |
|---|---|---|
| 1 | BALJIT ATHWAL and DALJIT ATWAL, | Case No. 1:15-cv-00311-TLN-BAM |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | COUNTY OF STANILSAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | FRANK CARSON, | Case No. 1:20-cv-00747-TLN-BAM |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DEREK PERRY, and DOES 1-25, inclusive, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | | |
| 17 | GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO | Case No. 1:18-cv-00496-TLN-BAM |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | COUNTY OF STANISLAUS, ET AL. | |
| | Defendants. | |
| 21 | | |
| 22 | EDUARDO QUINTANAR, JR., | Case No. 1:18-cv-01403-TLN-BAM |
| | Plaintiffs, | |
| 23 | v. | |
| 24 | COUNTY OF STANISLAUS, ET AL. | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

Defendants COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; GALEN CARROL; FROLIAN MARISCAL; LLOYD MCKINNON; GREG JONES; KENNETH BARRINGER; GALEN CARROLL; FRANK NAVARRO; and TIMOTHY REDD ("Defendants") and Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; BALJIT ATHWAL; DALJIT ATHWAL; WALTER WELLS; and SCOTT MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS Plaintiffs have been served with multiple separate motions to dismiss;

2. WHEREAS Plaintiffs would like additional time to confer with Defendants and possibly dismiss certain claims against certain Defendants;

3. All parties agree that the deadline for opposing Defendants' motions to dismiss be continued to April 11, 2022;

4. Defendants' reply briefs shall be filed no later than May 26, 2022.

The stipulated briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | April 11, 2022 |
| Defendants' Replies (if any) | May 26, 2022 |
| Proposed hearing date | June 9, 2022 at 2 p.m. |

|  |  |  |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: February 1, 2022 | ARTURO J. GONZÁLEZ |
| 3 |  | JESSICA L. GRANT<br>MATTHEW CHIVVIS |
| 4 |  | ROBERT S. SANDOVAL<br>MEREDITH L. ANGUEIRA |
| 5 |  | MORRISON & FOERSTER LLP |
| 6 |  |  |
| 7 |  | By:  /s/ Arturo J. González<br>        ARTURO J. GONZÁLEZ |
| 8 |  | Attorneys for Plaintiffs<br>BALJIT ATHWAL, DALJIT ATWAL, |
| 9 |  | WALTER WELLS, AND SCOTT<br>MCFARLANE |
| 10 |  |  |
| 11 | Dated: February 1, 2022 | ALLEN, GLAESSNER,HAZELWOOD &<br>WERTH, LLP |
| 12 |  |  |
| 13 |  | By:  */s/ Patrick Moriarty |
| 14 |  |         DALE L. ALLEN, JR.<br>         PATRICK D. MORIARTY<br>         JOHN B. ROBINSON |
| 15 |  |  |
| 16 |  | Attorneys for Defendants<br>CITY OF MODESTO, JON EVERS, and<br>GALLEN CARROLL |
| 17 |  |  |
| 18 | Dated: February 1, 2022 | GWILLIAM, IVARY, CHIOSSO, CAVALLI<br>&BREWER |
| 19 |  |  |
| 20 |  |  |
| 21 |  | By:  */s/ Angelina Austin<br>         J. Gary Gwilliam |
| 22 |  |         Randall E. Strauss<br>         Jayme L. Walker |
| 23 |  |         Angelina M. Austin |
| 24 |  | Attorneys for Plaintiffs<br>ESTATE OF FRANK CARSON, GEORGIA |
| 25 |  | DEFILIPPO, CHRISTINA DEFILIPPO AND<br>EDUARDO QUINTANAR, JR. |

| | | |
|---|---|---|
| Dated: February 1, 2022 | | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By: | */s/ John Whitefleet*<br>John R. Whitefleet |
| | | Attorneys for Defendants<br>COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER |
| Dated: February 1, 2022 | | ARATA SWINGLE VAN EGMOND & HEITLINGER |
| | By: | */s/ Bradley Swingle*<br>Bradley J. Swingle |
| | | Attorneys for Defendants<br>CITY OF TURLOCK, CITY OF CERES, FRANK NAVARRO, AND TIMOTHY REDD |

*Parties have consented to use of their electronic signature.*

# ORDER

Pursuant to the stipulation of the parties:

    The briefing schedule is as follows:

| | |
|---|---|
| Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss | April 11, 2022 |
| Defendants' Replies (if any) | May 26, 2022 |
| Hearing date | **June 16, 2022, at 2 p.m.** |

IT IS SO ORDERED.

DATED:  February 1, 2022

                                                Troy L. Nunley
                                                United States District Judge

STIPULATION & ORDER TO CONTINUE OPPOSITION AND REPLY DATES IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 1:20-cv-00770-TLN-BAM

6