ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiffs
WALTER W.WELLS, SCOTT McFARLANE, BALJIT ATHWAL, and DALJIT ATWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER W. WELLS and SCOTT MCFARLANE<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, ET AL.<br><br>Defendants. | Case No. 1:20-cv-00770-TLN-BAM<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hon. Troy L. Nunley<br><br>Trial: None Set<br><br>Related to:<br>CASE NO. 1:15-CV-00311-TLN-BAM<br>CASE NO. 1:20-CV-00747-TLN-BAM<br>CASE NO. 1:18-cv-00496-TLN-BAM<br>CASE NO. 1:18-cv-01403-TLN-BAM |

| | | |
|---|---|---|
| 1 | BALJIT ATHWAL and DALJIT ATWAL, | Case No. 1:15-cv-00311-TLN-BAM |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | COUNTY OF STANILSAUS; CITY OF TURLOCK; CITY OF MODESTO; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; GALEN CARROLL; | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | FRANK CARSON, | Case No. 1:20-cv-00747-TLN-BAM |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF CERES, BIRGIT FLADAGER, MARLISSA FERREIRA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, JON EVERS, CORY BROWN, and DEREK PERRY, and DOES 1-25, inclusive, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | | |
| 17 | GEORGIA DEFILIPPO AND CHRISTINA DEFILIPPO | Case No. 1:18-cv-00496-TLN-BAM |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | COUNTY OF STANISLAUS, ET AL. | |
| 21 | Defendants. | |
| 22 | EDUARDO QUINTANAR, JR., | Case No. 1:18-cv-01403-TLN-BAM |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | COUNTY OF STANISLAUS, ET AL. Defendants. | |
| 26 | | |
| 27 | | |

28  JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION TO DISMISS
CASE NO. 1:20-cv-00770-TLN-BAM         2

sf-4768609

1     Defendants COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF TURLOCK; CITY OF CERES; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; BIRGIT FLADAGER; MARLISSA FERREIRA; DAVID HARRIS; KIRK BUNCH; STEVE JACOBSON; CORY BROWN; JON EVERS; TIMOTHY REDD; DALE LINGERFELT; GALEN CARROL; FROLIAN MARISCAL; LLOYD MCKINNON; GREG JONES; KENNETH BARRINGER; GALEN CARROLL; FRANK NAVARRO; and TIMOTHY REDD ("Defendants") and Plaintiffs ESTATE OF FRANK CARSON; GEORGIA DEFILIPPO; CHRISTINA DEFILIPPO; EDUARDO QUINTANAR, JR.; BALJIT ATHWAL; DALJIT ATHWAL; WALTER WELLS; and SCOTT MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

    1.    WHEREAS Plaintiffs have been served with multiple separate motions to dismiss;

    2.    WHEREAS Plaintiffs have settled their claims against City of Ceres and City of Turlock;

    3.    WHEREAS additional space is needed to respond to the arguments raised by the remaining Defendants;

    4.    All parties agree to a 25-page limit for Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: March 28, 2022 | ARTURO J. GONZÁLEZ |
| 3 | | JESSICA L. GRANT |
| | | MATTHEW CHIVVIS |
| 4 | | ROBERT S. SANDOVAL |
| | | MEREDITH L. ANGUEIRA |
| 5 | | MORRISON & FOERSTER LLP |

By:  */s/ Arturo J. González*
        ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs
BALJIT ATHWAL, DALJIT ATWAL, WALTER WELLS, AND SCOTT MCFARLANE

Dated: March 28, 2022            ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By:  **/s/ *Patrick Moriarty*
        DALE L. ALLEN, JR.
        PATRICK D. MORIARTY
        JOHN B. ROBINSON

Attorneys for Defendants
CITY OF MODESTO, JON EVERS, and GALLEN CARROLL

Dated: March 28, 2022            GWILLIAM, IVARY, CHIOSSO, CAVALLI &BREWER

By:  **/s/ *Angelina Austin*
        J. Gary Gwilliam
        Randall E. Strauss
        Jayme L. Walker
        Angelina M. Austin

Attorneys for Plaintiffs
ESTATE OF FRANK CARSON, GEORGIA DEFILIPPO, CHRISTINA DEFILIPPO AND EDUARDO QUINTANAR, JR.

Dated: March 28, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/ John Whitefleet*
    John R. Whitefleet

Attorneys for Defendants
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, MARLISSA FERRIERA, DAVID HARRIS, KIRK BUNCH, STEVE JACOBSON, CORY BROWN, DALE LINGERFELT, FROLIAN MARISCAL, LLOYD MACKINNON, GREG JONES, KENNETH BARRINGER

Dated: March 28, 2022

ARATA SWINGLE VAN EGMOND & HEITLINGER

By: */s/ Bradley Swingle*
    Bradley J. Swingle

Attorneys for Defendants
CITY OF TURLOCK, CITY OF CERES, FRANK NAVARRO, AND TIMOTHY REDD

*\* Parties have consented to use of their electronic signature.*

**ORDER**

Pursuant to the stipulation of the parties:

The page limit for Plaintiffs' Oppositions to Defendants' FRCP 12(b)(6) motions to dismiss is extended to 25.

IT IS SO ORDERED.

DATED: March 29, 2022

_____
Troy L. Nunley
United States District Judge