ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268-7522

Attorneys for Plaintiffs
WALTER W. WELLS and SCOTT McFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER W. WELLS and SCOTT McFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO; STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY; KIRK BUNCH, JON EVERS; STEVE JACOBSEN; BIRGIT FLADAGER; and CORY BROWN,<br>Defendant. | Case No. 1:20-cv-00770-TLN-JDP<br><br>Honorable Troy L. Nunley<br><br>**JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AGAINST COUNTY DEFENDANTS** |

1  Defendants COUNTY OF STANISLAUS; STANISLAUS COUNTY OFFICE OF THE
2  DISTRICT ATTORNEY; BIRGIT FLADAGER; KIRK BUNCH; STEVE JACOBSON; and
3  CORY BROWN ("County Defendants") and Plaintiffs WALTER WELLS; and SCOTT
4  MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as
5  follows:
6      1.  WHEREAS the County Defendants served Plaintiffs with a motion to dismiss on
7  January 10, 2022;
8      2.  WHEREAS Plaintiffs' counsel and the County Defendants' counsel have
9  conferred in good faith to narrow their disputes;
10     3.  Plaintiffs and the County Defendants stipulate and agree to dismissal of one of
11 the County Defendants, and certain claims (or portions thereof) as follows:
12     4.  Defendant Stanislaus County Office of the District Attorney is dismissed.
13     5.  The "official capacity" claims against Defendant Birgit Fladager and Kirk Bunch
14 are dismissed.
15     6.  Plaintiffs' Fourteenth Amendment claim (in the Second Cause of Action) is
16 dismissed.
17     7.  Plaintiffs' Second Cause of Action for Fourth Amendment unreasonable seizure
18 is dismissed against Defendant Birgit Fladager only.
19     8.  Plaintiffs' Fifth Cause of Action for false arrest and imprisonment is dismissed
20 against Defendant Birgit Fladager only.
21     9.  Plaintiffs' Sixth Cause of Action for negligent infliction of emotional distress is
22 dismissed against Defendant Birgit Fladager only.
23     10. Plaintiffs' Seventh Cause of Action for intentional infliction of emotional distress
24 is dismissed against Defendant Birgit Fladager only.

| | | |
|---|---|---|
| 1 | Dated: March 31, 2022 | ARTURO J. GONZÁLEZ<br>JESSICA L. GRANT<br>MATTHEW A. CHIVVIS<br>ROBERT S. SANDOVAL<br>MEREDITH L. ANGUEIRA<br>MORRISON & FOERSTER LLP |

By:    */s/ Arturo J. González*
        Arturo J. González

*Attorneys for Plaintiffs*
WALTER W. WELLS and SCOTT MCFARLANE

Dated: March 31, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  *\*/s/ John R. Whitefleet*
     John R. Whitefleet

*Attorneys for Defendants*
COUNTY OF STANISLAUS, STANISLAUS COUNTY OFFICE OF THE DISTRICT ATTORNEY, BIRGIT FLADAGER, KIRK BUNCH, STEVE JACOBSON, and CORY BROWN

\* *Parties have consented to use of their electronic signature.*

# ORDER

Pursuant to the stipulation of the parties:

1. Defendant Stanislaus County Office of the District Attorney is dismissed.
2. The "official capacity" claims against Defendants Birgit Fladager and Kirk Bunch are dismissed.
3. The portion of Plaintiffs' Second Cause of Action based on the Fourteenth Amendment is dismissed.
4. Plaintiffs' Second Cause of Action for Fourth Amendment unreasonable seizure is dismissed against Defendant Birgit Fladager only.
5. Plaintiffs' Fifth Cause of Action for false arrest and imprisonment is dismissed against Defendant Birgit Fladager only.
6. Plaintiffs' Sixth Cause of Action for negligent infliction of emotional distress is dismissed against Defendant Birgit Fladager only.
7. Plaintiffs' Seventh Cause of Action for intentional infliction of emotional distress is dismissed against Defendant Birgit Fladager only.

**IT IS SO ORDERED.**

Dated: April 1, 2022

_____
Troy L. Nunley
United States District Judge

JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AGAINST COUNTY DEFENDANTS
CASE NO. 1:20-CV-00770-TLN-JDP

3