ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268-7522

Attorneys for Plaintiffs
WALTER W. WELLS and SCOTT McFARLANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER W. WELLS and SCOTT McFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO; KIRK BUNCH, JON EVERS; STEVE JACOBSEN; BIRGIT FLADAGER; and CORY BROWN,<br><br>Defendants. | Case No.   1:20-cv-00770-AWI-JDP<br><br>Honorable Troy L. Nunley<br><br>**JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AGAINST MODESTO DEFENDANTS** |

Defendants CITY OF MODESTO and JON EVERS ("Modesto Defendants") and Plaintiffs WALTER WELLS and SCOTT MCFARLANE ("Plaintiffs") through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS the Modesto Defendants served Plaintiffs with a motion to dismiss on January 10, 2022;

2. WHEREAS Plaintiffs' counsel and the Modesto Defendants' counsel have conferred in good faith to narrow their disputes;

3. Plaintiffs and the Modesto Defendants stipulate and agree as follows:

4. The reference to the Fourteenth Amendment in Plaintiffs' First Cause of Action is stricken.

| | | |
|---|---|---|
| 1 | Dated: April 5, 2022 | ARTURO J. GONZÁLEZ |
| 2 | | JESSICA L. GRANT |
| | | MATTHEW A. CHIVVIS |
| 3 | | ROBERT S. SANDOVAL |
| | | MEREDITH L. ANGUEIRA |
| 4 | | MORRISON & FOERSTER LLP |

By:   */s/ Arturo J. González*
         ARTURO J. GONZÁLEZ

*Attorneys for Plaintiffs*
WALTER W. WELLS and SCOTT MCFARLANE

Dated: April 5, 2022

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By:  ⁎*/s/ Patrick D. Moriarty*
       PATRICK D. MORIARTY
       DALE L. ALLEN, JR.
       JOHN B. ROBINSON

*Attorneys for Defendants*
CITY OF MODESTO and JON EVERS

⁎ *Parties have consented to use of their electronic signature.*

JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AGAINST MODESTO DEFENDANTS

2

## ORDER

Pursuant to the stipulation of the parties:

1. The reference to the Fourteenth Amendment in Plaintiffs' First Cause of Action is stricken.

IT IS SO ORDERED.

Dated: April 6, 2022

Troy L. Nunley
United States District Judge