ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
JESSICA L. GRANT (CA SBN 178138)
JGrant@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
ROBERT S. SANDOVAL (CA SBN 311032)
RSandoval@mofo.com
MEREDITH L. ANGUEIRA (CA SBN 333222)
MAngueira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

*Attorneys for Plaintiffs*
WALTER W. WELLS and SCOTT MCFARLANE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER W. WELLS and SCOTT McFARLANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; ET AL.<br><br>Defendants. | Case No. 1:20-cv-00770-TLN-BAM<br><br>Honorable Troy L. Nunley<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT COUNTY OF STANISLAUS TO RESPOND TO REQUESTS FOR ADMISSION**<br><br>Date: January 20, 2023<br>Time: 3:30 PM<br>Courtroom: 8, 6th Floor<br>[Request for Video Teleconference]<br>Judge: Hon. Barbara McAuliffe |
| BALJIT ATHWAL and DALJIT ATWAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; KIRK BUNCH; JON EVERS; DALE LINGERFELT; STEVE JACOBSON; BIRGIT FLADAGER; and GALEN CARROLL,<br><br>Defendants. | Case No. 1:15-cv-00311-TLN-BAM<br><br>Related to:<br>1:18-cv-00496-TLN-BAM (DeFillipo)<br>1:18-cv-01403-TLN-BAM (Quintanar)<br>1:20-cv-00747-TLN-BAM (Carson) |

**TO DEFENDANT COUNTY OF STANISLAUS**

**PLEASE TAKE NOTICE** that on January 20, 2023 at , at 9:00 AM or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-captioned Court located at 2500 Tulare Street, Fresno, CA 93721, Plaintiffs Baljit Athwal, Daljit Atwal, Walter Wells, and Scott McFarlane ("Plaintiffs") will, pursuant to Rule 251 of the Local Rules of the Eastern District of California, bring on for hearing a motion to compel Defendant County of Stanislaus ("the County") to provide substantive responses to Plaintiffs' Requests for Admission served on September 9, 2022.[1]

The grounds for this Motion are that the County refuses to respond to the substance of 33 Requests for Admission, which ask the County to admit that certain facts were not disclosed in the 300-page Ramey arrest warrant for Plaintiffs.[2] The County refuses to respond to these requests, objecting that they are not relevant and argumentative. These objections are baseless. The requests go to the heart of Plaintiffs' judicial deception and malicious prosecution claims and merely ask the County to admit that certain facts are *not* in the arrest warrant affidavit. Judge Nunley has ruled on the importance of this evidence. (*See* Doc. 96 at 9 ["the Court agrees with Plaintiffs that the allegations support at the very least a reasonable inference that the individual Defendants 'made deliberately false statements or recklessly disregarded the truth in the affidavit and that the falsifications were material to the finding of probable cause"].)

After meeting and conferring, the parties attempted to brief the dispute per Judge A. McAuliffe's informal discovery dispute resolution mechanism; however, given the number of requests at issue, and the importance of this issue for

---

[1] Pursuant to Local Rule 174, Plaintiffs request permission from the Court to appear by video teleconferencing.

[2] Specifically, requests numbered 20, 21, 24, 26, 29, 32, 34, 36, 38, 41, 44, 47, 49, 52, 55, 58, 61, 64, 67, 69, 75, 78, 81, 85, 88, 91, 94, 97, 98, 103, 105, 107, and 108.

1

streamlining the trial, this motion is necessary.

Plaintiffs' Motion is based upon this Notice of Motion and Motion, and the Joint Statement regarding Motion to Compel Defendant County of Stanislaus to Respond to Requests for Admission, which the parties will submit to the Court fourteen days before the scheduled hearing date in accordance with Local Rule 251. Plaintiffs' Motion will also be based upon the Court's records, including all pleadings and papers on file in this action with the Court, all matters of which the Court may take judicial notice, and such further evidence as may be presented at the time of the hearing.

While Plaintiffs will continue to meet and confer with Defendants before filing the joint statement or appearing at the scheduled hearing on this motion as required by Local Rule 251(b), the parties have thus far been unable to resolve the dispute raised in this motion.

Dated: December 19, 2022         MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
ARTURO J. GONZÁLEZ

*Attorneys for Plaintiffs*